UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 24, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Simon Gonzalez Martinez, § § | |
| Plaintiff, § § | |
| versus § § | Civil Action H-19-309 |
| BP Exploration & Production, Inc., et al., § § | |
| Defendants. § | |

## Final Dismissal

On the parties' stipulation, this case is dismissed with prejudice.

Signed on October 24, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge